**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-1570**

———————

GEORGE H. SEYMOUR,

Plaintiff - Appellant,

versus

W. ANDREW REESE, M.D., Individually and in his
capacity as Medical Director of the Pamunkey
Regional Jail,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Richard L. Williams, Senior
District Judge.  (CA-00-687-3)

———————

Submitted:  November 29, 2001        Decided:  December 5, 2001

———————

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Scott Gregory Crowley, CROWLEY & CROWLEY, Richmond, Virginia, for
Appellant.  Lynne Jones Blain, Jeremy D. Capps, HARMAN, CLAYTOR,
CORRIGAN & WELLMAN, Glen Allen, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

George H. Seymour appeals from the district court's order granting summary judgment in favor of Defendant in this 42 U.S.C.A. § 1983 (West Supp. 2001) action in which Seymour asserted that the Defendant was deliberately indifferent to his serious medical needs. We have reviewed the parties' briefs, the joint appendix, and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Seymour v. Reese, No. CA-00-687-3 (E.D. Va. Mar. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED